COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Marcos Daniel Jimenez v. The State of Texas

Appellate case number:      01-15-00501-CR & 01-15-00506-CR

Trial court case number:      13CR1173 & 13CR1517

Trial court:                10th District Court of Galveston County

This case was abated and remanded to the trial court for the trial court to enter written findings of fact and conclusions of law related to appellant's suppression motion in the trial court. The district clerk has filed a supplemental clerk's record containing the trial court's findings of fact and conclusions of law. Accordingly, we **REINSTATE** this case on the Court's active docket.

Appellant's amended brief is **ORDERED** to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.7.

Appellee's amended brief, if any, is **ORDERED** to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.7.

It is so **ORDERED**.

Judge's signature: /s/ Chief Justice Sherry Radack
                    ☒  Acting individually

Date:  February 18, 2016